UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT TURNER, | Case No. 1:20-cv-00184-AWI-EPG (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE OF A SUBPOENA DUCES TECUM, WITHOUT PREJUDICE |
| v. | |
| ANDREW ZEPP and KHALED A. TAWANSY, | (ECF No. 23) |
| Defendants. | |

Plaintiff, Vincent Turner, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 24, 2020, Plaintiff filed a motion for the issuance of a subpoena duces tecum. (ECF No. 23.) Plaintiff asks that Kern Valley State Prison ("KVSP") be ordered to produce phone records from Delta Yard; prison count records from the watch office and prison out count for the period 9-6-17 to 9-23-17; and out sheet records from the watch commander office for the period 9-6-17 to 10-1-17. (ECF No. 23.)

The Court will deny the request. First, it is unclear whether the information sought by Plaintiff is related to his case. Second, although the Court has required the parties to make some disclosures in relation to a potential settlement conference (ECF No. 22), discovery has not yet

opened in this case, *see* Fed. R. Civ. P. 26. Finally, Plaintiff has not demonstrated that the information he requests is available only through a third party.

  Once discovery opens, Plaintiff should first request the information from Defendants. If Defendants object on the ground that they do not have possession, custody, or control of the information, Plaintiff may refile this motion, along with Defendants' objection.

  Accordingly, it is HEREBY ORDERED that Plaintiff's motion for the issuance of a subpoena duces tecum is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **August 25, 2020**     /s/ *Erica P. Grosjean*
                 UNITED STATES MAGISTRATE JUDGE

2