1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT TURNER,<br><br>             Plaintiff,<br><br>   v.<br><br>ANDREW ZEPP, et al.,<br><br>             Defendants. | Case No. 1:20-cv-00184-AWI-EPG (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE THE DOCKET TO REFLECT DEFENDANT KHALED A. TAWANSY'S ADDRESS OF RECORD AND TO SERVE DEFENDANT TAWANSY WITH A COPY OF: (1) PLAINTIFF'S COMPLAINT  (ECF NO. 1); (2) THE SCREENING ORDER (ECF NO. 15); (3) THE ORDER REQUIRING INITIAL DISCLOSURES AND SETTING MANDATORY SCHEDULING CONFERENCE (ECF NO. 26) AND (4) THIS ORDER |

11

12

13

14

15

16

17

18

     On September 17, 2020, the Court received a letter dated September 11, 2020 from

19

Defendant Khaled A. Tawansy, M.D., proceeding *pro se*. (*See* ECF No. 29.) As the letter

20

contained medical and other confidential regarding Plaintiff Vincent Turner ("Plaintiff"), the

21

Court ordered the letter to be filed under seal. (*Id.*) Plaintiff and Defendant Andrew Zepp were

22

served with a copy of the letter and instructed to maintain the confidentiality of the medical and

23

other confidential information contained therein. (*Id.*)

24

     Defendant Tawansy's letter dated September 11, 2020 contains information that

25

constitutes a response to the complaint, as it purports to deny Plaintiff's allegations. (*See* ECF

26

No. 30.) The letter also sets forth Defendant Tawansy's current address. (*Id.*) Accordingly, the

27

Court will request that the Clerk of Court update the docket to reflect Defendant Tawansy's

28

1  address of record and serve Defendant Tawansy with copies of Plaintiff's complaint, the

2  screening order, the order requiring initial disclosures and setting a mandatory scheduling

3  conference, and this order.

4      Based on the foregoing, IT IS ORDERED:

5     1. The Clerk of Court is respectfully directed to update the docket in this case to reflect

6       that Defendant Tawansy proceeds *pro se* in this action and his address of record is

7       6000 Physicians Plaza, Bakersfield, CA 93301;

8     2. The Clerk of Court is further respectfully directed to serve Defendant Tawansy with

9       a copy of: (1) Plaintiff's complaint (ECF No. 1); (2) the screening order (ECF No.

10      15); (3) the order requiring initial disclosures and setting a mandatory scheduling

11      conference (ECF No. 26); and (4) this order;

12    3. In light of the proximity of the Initial Scheduling Conference, currently set for

13      December 9, 2020 at 3:00 PM, the requirement of a scheduling conference

14      statement is waived as to Defendant Tawansy only (*see* ECF No. 26 at 3-4); and

15    4. The deadline for Defendant Tawansy to make initial disclosures (*see* ECF No. 26 at

16      2-3) is extended. Defendant Tawansy shall provide his initial disclosures within thirty

17      (30) days of this order.

18

19 IT IS SO ORDERED.

20   Dated: __**November 20, 2020**__       /s/ *Erica P. Grosjean*

21                    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28