UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT TURNER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW ZEPP, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00184-AWI-EPG (PC)<br><br>ORDER REQUIRING COUNSEL FOR DEFENDANT ANDREW ZEPP TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR<br><br>**FOURTEEN (14) DAY DEADLINE** |

　　　　Plaintiff Vincent Turner, proceeding *pro se* and *in forma pauperis,* filed this action on January 31, 2020, alleging claims pursuant to 28 U.S.C. § 1983 against Defendants Andrew Zepp and Khaled A. Tawansy.

　　　　On August 28, 2020, the Court entered an Order Setting an Initial Scheduling Conference and Requiring Initial Disclosures and Scheduling Conference Statements. (ECF No. 26.) This order set an Initial Scheduling Conference for December 9, 2020, at 3:00 p.m., and noted that attendance at the Initial Scheduling Conference was mandatory. (*Id*.) The order granted the parties leave to appear at the conference by telephone and provided instructions on how to do so. (*Id.* at 2.) The order was served electronically on Defendant Andrew Zepp through his counsel of record, John C. Bridges.

On December 10, 2020, after counsel for Defendant Andrew Zepp notified the Court of Plaintiff's unavailability to participate in the scheduling conference, the Court issued an order resetting the scheduling conference for February 1, 2021, at 3:00 p.m. (ECF No. 38.) The parties were again provided instructions on how to appear telephonically. (*Id.*) The Court's order was also served electronically on Defendant Andrew Zepp through his counsel of record, Mr. Bridges.

The mandatory Initial Scheduling Conference was held on February 1, 2021, at 3:00 p.m. as scheduled. Plaintiff appeared telephonically. Plaintiff noted that his institution had made him available despite the fact that the institution was on quarantine at the time. Defendants Andrew Zepp and Khaled A. Tawansy failed to appear.

Accordingly, John C. Bridges, counsel for Defendant Andrew Zepp, IS HEREBY ORDERED to show cause why he should not be sanctioned for failing to appear at the Initial Scheduling Conference. Mr. Bridges shall file a written show cause response within fourteen (14) days of the date of this order.

**Failure to respond to this order may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated:   **February 1, 2021**           /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE