UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT TURNER,<br><br>             Plaintiff,<br><br>      v.<br><br>ANDREW ZEPP, et al.,<br><br>             Defendants. | Case No. 1:20-cv-00184-AWI-EPG (PC)<br><br>ORDER VACATING DISCOVERY AND STATUS CONFERENCE<br><br>(ECF No. 40) |

On February 2, 2021, the Court set a telephonic discovery and status conference. (ECF No. 40.) The conference is currently set for August 16, 2021, at 11:00 a.m. (*Id.*)

In light of the coronavirus (COVID-19) pandemic and the evolving coronavirus protocols, the telephonic discovery and status conference is VACATED. This order does not alter the July 19, 2021 deadline to file motions to compel and the August 2, 2021 deadline to file responses to motions to compel.[1]

IT IS SO ORDERED.

   Dated:   **February 15, 2021**                    /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] If after reviewing a motion to compel the Court determines that a hearing would be beneficial, the Court will set a hearing on the motion.