UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT TURNER,<br><br>            Plaintiff,<br><br>   v.<br><br>ANDREW ZEPP, et al.,<br><br>            Defendants. | Case No. 1:20-cv-00184-AWI-EPG (PC)<br><br>ORDER DIRECTING UNITED STATES MARSHAL TO MAIL DEFENDANT TAWANSY COPIES OF THE SUMMONS AND COMPLAINT |

Plaintiff Vincent Turner ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 18, 2021, the Court entered an order directing the United States Marshal Service to serve Defendant Khaled A. Tawansy with the summons and complaint. (ECF No. 50.) On March 22, 2021, the Marshal filed a return of service stating that Defendant Tawansy had been personally served by leaving a copy of the summons and complaint with Susan V. Webster, Practice Administrator, at 6000 Physicians Blvd., Bld. D Suite 205, Bakersfield, CA 93301. (ECF No. 51.)

Federal Rule of Civil Procedure 4 provides that an individual may be served by delivering a copy of the summons and complaint to the individual personally, leaving a copy of the summons and complaint at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there, delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, or by

following state law for serving a summons in the state where the district court is located. Fed. R. Civ. P. 4(e). California law, in relevant part, permits substituted service by leaving a copy of the summons and complaint at the individual's office during usual office hours with the person who is apparently in charge, and then mailing a copy of the summons and complaint by first-class mail, postage prepaid, to the individual at the place where the summons and complaint were left. Cal. Code Civ. P. 415.20(a). Service in this manner under California law is deemed complete on the tenth day after the mailing. *Id.*

     Here, the Marshal did not serve Defendant Tawansy personally, at his dwelling, or through an authorized agent under Rule 4. Therefore, in order to effect service, a copy of the summons and complaint must also be mailed to Defendant Tawansy. The Court will therefore direct the Marshal to mail copies of the summons and complaint to Defendant Tawansy, as described below.

     Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to forward the following documents to the United States Marshal for defendant Khaled A. Tawansy:
    a. A copy of the summons;
    b. A copy of the complaint filed on January 31, 2020 (ECF No. 1);
    c. A copy of the Court's order finding service of complaint appropriate entered on June 23, 2020 (ECF No. 16);
    d. A copy of the Court's order directing service entered on March 18, 20219; and
    e. A copy of this order;
2. Upon receipt of those documents, the United States Marshal shall mail the summons and complaint by first class mail, postage prepaid, to Kahled A. Tawansy, 6000 Physicians Blvd., Bld. D Suite 205, Bakersfield, CA 93301; and

///
///
///

3. Within 10 days after mailing the summons and complaint, the United States Marshal shall file a return of service or other proof of mailing with the Court.

IT IS SO ORDERED.

Dated: __March 24, 2021__         /s/ *Eric P. Grosjean*
UNITED STATES MAGISTRATE JUDGE