UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT TURNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW ZEPP, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00184-AWI-EPG (PC)<br><br>ORDER DIRECTING DEFENDANT TAWANSY TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL<br><br>(ECF No. 62) |

　　　　Plaintiff Vincent Turner ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On May 24, 2021, the Court entered an order which, among other things, directed Defendant Khaled A. Tawansy to provide initial disclosures and produce certain documents within thirty (30) days. (ECF No. 61.) On July 19, 2021, Plaintiff filed a motion to compel stating that he has not received initial disclosures or discovery from Defendant Tawansy pursuant to the Court's order. (ECF No. 62.)

　　　　Accordingly, IT IS HEREBY ORDERED that Defendant Khaled A. Tawansy is directed to respond to Plaintiff's motion to compel (ECF No. 62) within twenty-one days from the date of

///

///

1

service of the motion pursuant to Eastern District Local Rule 230(l). Plaintiff may file a reply in support of the motion within seven days of Defendant's response.

IT IS SO ORDERED.

Dated: __**July 21, 2021**__                    /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE