UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT TURNER,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW ZEPP, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00184-AWI-EPG (PC)<br><br>ORDER DISCHARGING ORDER REQUIRING DEFENDANT KHALED A. TAWANSY TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDERS<br><br>(ECF No. 69) |

      Plaintiff Vincent Turner ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On October 5, 2021, the Court entered an order requiring Defendant Khaled A. Tawansy to show cause why sanctions should not issue for his failure to comply with the Court's orders requiring him to produce certain documents. (ECF No. 69.) Defendant Tawansy was directed to respond to the Court's order in writing within fourteen days. (*Id.*)

      On October 11, 2021, Douglas S. de Heras, counsel for Defendant Tawansy, filed a declaration explaining that Defendant Tawansy has produced the following documents to Plaintiff: a) complete medical records of Defendant Tawansy, including Raymond Renaissance Surgery Center and Golden State Eye Medical Group consisting of 100 pages; (b) California Correctional Health Services records consisting of 6,599 pages; and (c) 602 Appeal documents consisting of 14 pages. (ECF No. 70). According to counsel's declaration, Defendant Tawansy

did not have these documents in his possession when he served his initial disclosures, but all records have now been produced to Plaintiff. (*Id.*)

In light of counsel's declaration, the Court will discharge the order to show cause. However, Defendant Tawansy is cautioned that future failures to comply with the Court's orders will result in the imposition of sanctions.

Accordingly, IT IS HEREBY ORDERED that the Court's order (ECF No. 69) for Defendant Tawansy to show cause why he should not be sanctioned is DISCHARGED.

IT IS SO ORDERED.

Dated: __October 19, 2021__       /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE