UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT TURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW ZEPP, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00184-AWI-EPG (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS<br><br>(ECF Nos. 72, 74) |

    Plaintiff Vincent Turner ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On October 28, 2021, Defendant Khaled A. Tawansy filed a motion for summary judgment. (ECF No. 72.) On November 1, 2021, Defendant Andrew Zepp filed a motion for summary judgment. (ECF No. 74.) Plaintiff was required to file an opposition or statement of non-opposition to each motion within twenty-one days. E.D. Cal. L.R. 230(l). On November 12, 2021, Plaintiff filed a document titled "Plaintiff Defense Against the Summary Judgment." (ECF No. 78.) This document refers to Defendant Zepp at various points, but it is very brief and is unsigned.[1] (*See id.*) It is not clear to the Court whether this document is responsive to either of

---

[1] Plaintiff has submitted unsigned filings on numerous other occasions. (*See, e.g.,* ECF Nos. 46, 53, 54, 62, 66, 68, 77, 79.) As the Court has previously reminded Plaintiff, under Federal Rule of Civil Procedure 11 and Local Rule 131, all pleadings and non-evidentiary documents submitted to the Court must be signed. (*See* ECF No. 67.)

1

Defendants' motions for summary judgment.

Local Rule 230(l) provides that the failure to oppose a motion "may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." While a motion for summary judgment cannot be granted by default, *Heinemann v. Satterberg*, 731 F.3d 914, 916 (9th Cir. 2013), the Court does have other options when a party fails to respond. For example, if Plaintiff fails to respond, the Court may treat the facts asserted by Defendants as "undisputed for purposes of the motion." Fed. R. P. 56(e)(2). Alternatively, if Plaintiff fails to oppose the motion or file a statement of non-opposition, the Court may recommend that this case be dismissed for failure to prosecute and failure to comply with a court order.

Accordingly, IT IS HEREBY ORDERED that, within thirty days from the date of service of this order, Plaintiff shall file oppositions or statements of non-opposition to Defendants Tawansy and Zepp's motions for summary judgment (*see* ECF Nos. 72, 74). Plaintiff is reminded that any oppositions or statements of non-opposition filed with the Court must be signed.

IT IS SO ORDERED.

Dated:   **December 10, 2021**           /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

2