1
2
3
4
5
6
7
8                            UNITED STATES DISTRICT COURT
9                            EASTERN DISTRICT OF CALIFORNIA
10

11   VINCENT TURNER,                          Case No.  1:20-cv-00184-AWI-EPG (PC)

12                  Plaintiff,

13           v.                               ORDER DIRECTING DEFENDANTS TO
                                              FILE OPPOSITIONS OR STATEMENTS OF
14   ANDREW ZEPP, et al.,                     NON-OPPOSITION TO PLAINTIFF'S
                                              MOTIONS
15                  Defendants.
                                              (ECF Nos. 77, 79, 80, 81)
16
                                              FOURTEEN (14) DAY DEADLINE
17

18           Plaintiff Vincent Turner ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

19   *pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

20           On November 8, 2021, Plaintiff filed a motion for sanctions against Defendant Khaled A.

21   Tawansy. (ECF No. 77.) On November 19, 2021, Plaintiff filed a motion requesting that default

22   be entered against Defendant Khaled A. Tawansy, and a motion requesting prison phone records.

23   (ECF Nos. 79, 80.) On November 22, 2021, Plaintiff filed a motion to compel. (ECF No. 81.)

24           Defendants Andrew Zepp and Khaled A. Tawansy were required to file an opposition or

25   statement of non-opposition to each motion within twenty-one days. E.D. Cal. L.R. 230(l). To

26   date, Defendants have not filed any responses to these motions and the time to do so has expired.

27           The Court will allow Defendants an additional fourteen days to file oppositions or

28   statements of non-oppositions to Plaintiff's motions.

1

The Court notes that there have been several concerns raised regarding Defendants failing to timely respond to orders and deadlines in this case. (*See, e.g.,* ECF Nos. 41, 43, 45, 61, 63, 65, 69, 71.) Defendants are therefore further reminded of their obligations to timely respond to motions under Local Rule 230. Failure to oppose a motion "may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." E.D. Cal. L.R. 230(l). Additionally, Defendants are cautioned that any failures to comply with the Court's orders may result in the imposition of sanctions.

Accordingly, IT IS HEREBY ORDERED that, within fourteen days from the date of service of this order, Defendants Andrew Zepp and Khaled A. Tawansy shall file oppositions or statements of non-opposition to Plaintiff's motion for sanctions (ECF No. 77), motion for default (ECF No. 79), motion requesting prison phone records (ECF No. 80), and motion to compel (ECF No. 81).

IT IS SO ORDERED.

Dated:   __December 14, 2021__          ___/s/ Erica P. Grosjean___
                                        UNITED STATES MAGISTRATE JUDGE

2