UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT TURNER,<br><br>                    Plaintiff,<br><br>          v.<br><br>ANDREW ZEPP, et al.,<br><br>                    Defendants. | Case No.  1:20-cv-00184-AWI-EPG (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE RESPONSES TO PLAINTIFF'S NOTICE REGARDING VIEWING DVD RECORDS<br><br>(ECF No. 97)<br><br>FOURTEEN (14) DAY DEADLINE |

Plaintiff Vincent Turner ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 21, 2022, Plaintiff filed a notice titled "Proof and Document Evidence I the Plaintiff Vincent Turner Have no Way to View said D.V.D. Dis. That I was suppose to view." (ECF No. 97.) In this notice, Plaintiff states:

> I am a state prisoner and have no way to Respone to said Questions. – Resposes to Defendant. Do to me not being able to view the D.V.D. Enclosed are supporting prison documents. I've tried many of times to view the Dis.

(*Id.*) Plaintiff attaches two inmate requests for interview forms indicating that Plaintiff requested to view a DVD as part of a legal matter in January of 2022 and was told that the disc is contraband and the institution does not have an area to view it. (*Id.*)

The Court will order Defendants Andrew Zepp and Khaled A. Tawansy to file responses to Plaintiff's notice. Defendants' responses should address whether they produced documents to

Plaintiff on a CD or DVD, whether they are aware of Plaintiff's ability to view that material, and whether those documents can be produced in another format.

Accordingly, IT IS HEREBY ORDERED that, within fourteen (14) days from the date of this order, Defendants Andrew Zepp and Khaled A. Tawansy shall file responses to Plaintiff's notice regarding viewing DVD records (ECF No. 97).

IT IS SO ORDERED.

Dated: **February 11, 2022**         /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE