UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT TURNER,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW ZEPP, et al.,<br><br>        Defendants. | Case No. 1:20-cv-000184-AWI-EPG (PC)<br><br>ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING, RELATED DEADLINES, AND JURY TRIAL<br><br>(ECF No. 40) |

      Plaintiff Vincent Turner ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      A Telephonic Trial Confirmation Hearing is currently set for September 1, 2022, and a Jury Trial is set for November 1, 2022, before Senior District Judge Anthony W. Ishii. (ECF No. 40.) Additionally, the Scheduling Order sets deadlines related to the Telephonic Trial Confirmation Hearing for, in relevant part, filing motion(s) for the attendance of confined witnesses and oppositions to the same, submitting money orders for the Marshals Service to serve unconfined witnesses who refuse to testify, notifying the Court of the names and locations of Plaintiff's witnesses, and filing pretrial statements. (ECF No. *Id.*)

      Defendants' motions for summary judgment are currently pending before the Court. (ECF Nos. 72, 74.) The Court will therefore vacate the Telephonic Trial Confirmation Hearing and related deadlines and the Jury Trial, to be reset following a final ruling on Defendants' motions

for summary judgment if necessary.

Accordingly, IT IS HEREBY ORDERED that the Telephonic Trial Confirmation Hearing currently set for September 1, 2022, the related deadlines for filing motion(s) for the attendance of confined witnesses and oppositions to the same, submitting money orders for the Marshals Service to serve unconfined witnesses who refuse to testify, notifying the Court of the names and locations of Plaintiff's witnesses, and filing pretrial statements as set forth in the Scheduling Order, and the Jury Trial set for November 1, 2022 (ECF No. 40) are hereby VACATED, to be reset following a final order on Defendants' motions for summary judgment if necessary.

IT IS SO ORDERED.

Dated:  **July 27, 2022**                        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2